**Motion Granted; Abatement Order filed June 5, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-11-01063-CR

————————

## EX PARTE SILVIO BOSCO LUNA

**On Appeal from the 180th District Court
Harris County, Texas
Trial Court Cause No. 847994-A**

## ABATEMENT ORDER

This is an appeal from the denial of appellant's application for writ of habeas corpus seeking to set aside appellant's guilty plea pursuant to article 11.072 of the Texas Code of Criminal Procedure. The trial court is required to "enter a written order including findings of fact and conclusions of law." Tex. Code Crim. Proc. art. 11.072 § 7(a). The record filed with this court does not include any written findings of fact and conclusions of law on the denial of appellant's application. The proper procedure to correct the error is to abate the appeal and direct the trial court to make the required findings and conclusions. *See* Tex. R. App. P. 44.4. Appellant filed a motion for extension of time to obtain the findings and conclusions. We grant the request and issue the following order:

We **ORDER** the appeal **ABATED** and remand the case to the trial court. The trial court is directed to reduce to writing its findings of fact and conclusions of law on the denial of appellant's application for writ of habeas corpus and have a supplemental clerk's record containing those findings and conclusions filed with the clerk of this court on or before **July6, 2012**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when a supplemental clerk's record containing the trial court's findings and conclusions is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party. **Appellant's brief** shall be due **thirty days** after the appeal has been reinstated. **No further extensions will be considered absent exceptional circumstances.**

It is so ORDERED.


PER CURIAM